PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS MANUEL NORRIS,<br><br>Defendant. | CASE NO. 1:24-MJ-00094-SKO<br><br>APPLICATION TO UNSEAL PETITION TO REVOKE SUPERVISED RELEASE |

The arrest warrant in the above-captioned matter was executed on August 12, 2024. As a result, there is no need for the petition to remain under seal. Accordingly, the United States asks that the Court order that the petition be unsealed. The undersigned consulted with the Assistant United States Attorney assigned to the case in the District of Arizona, and she had an objection to the petition being unsealed.

Dated: August 12, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Arelis M. Clemente
Arelis M. Clemente
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:24-MJ-00094-SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL PETITION TO REVOKE SUPERVISED RELEASE |
| v. | |
| LUIS MANUEL NORRIS, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the petition in the above-captioned matter be, and is, unsealed.

Dated: 8/12/2024

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE